USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/20

**AKABAS & SPROULE**
ATTORNEYS AT LAW
488 MADISON AVENUE
11TH FLOOR
NEW YORK, NY 10022
(212) 308-8505

FACSIMLE (212) 308-8582
WWW.AKABAS-SPROULE.COM

SETH A. AKABAS
MICHAEL H. SPROULE †
DAVID E. BAMBERGER

SENIOR COUNSEL
THOMAS A. CANOVA
MARTIN TODTMAN

JESSE E. GREENE

† ADMITTED NY & MA

COUNSEL
RUTH J. WITZTUM
HENRY RAKOWSKI
RICHARD A. MEDINA**
MARTIN L. LERNER***

LOUIS J. LAMATINA˙
S105 FARVIEW AVENUE
PARAMUS, NJ 07652
(201) 291-1122

** ADMITTED NY & NJ
*** ADMITTED NY & CA

October 28, 2020

BY ECF

The Honorable George H. Woods
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York

**MEMORANDUM ENDORSED**

Re:   *Rosemary Mazzola v. Transportation and Logistics Systems, Inc.*
      *and Douglas Cerny, Case No. 20-cv-7582-GHW-JLC*

Your Honor:

   The Court has ordered a conference on my clients' proposed motion to dismiss for 11/4/2020 at **10:00 AM**. [Dkt 16, mro]

   I have a remote oral argument on two motions before Justice Alan C. Marin, Supreme Court, New York County, at **10:30 AM** that day. (Please see attached.)

   If Your Honor believes we will not need more than 20 minutes on 11/4, I have no conflict. Alternatively, I am available, and will hold open until the Court rules, **11/4 after 2 PM, all day on 11/5 and all day on 11/6 for this matter**.

                            Respectfully submitted,

                            /s/ David E. Bamberger
                            David E. Bamberger

Encls.

Cc:   Marc J. Gross, Esq.
      (by ECF)

The premotion conference scheduled for November 4, 2020 at 10:00 a.m. is adjourned to November 4, 2020 at 3:00 p.m.

SO ORDERED.

Dated: October 28, 2020
       New York, New York

_____
GREGORY H. WOODS
United States District Judge