```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
ROSEMARY MAZZOLA,                                                    :
:
                Plaintiff,   :   1:20-cv-07582-GHW
:
      -against-                                                     :   ORDER
:
TRANSPORTATION AND LOGISTIC SYSTEMS,                                 :
INC. and DOUGLAS CERNY,                                              :
:
                Defendants.  :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      On November 4, 2020, the Court held a conference regarding the parties' November 3, 2020 letters concerning Plaintiff's anticipated amended complaint. Dkt. Nos. 27, 28. As stated on the record, Plaintiff is granted leave to file an amended complaint. The deadline for Plaintiff to file her amended complaint is November 23, 2020. The deadline for Defendants to file a pre-motion letter in connection with any motion to dismiss is December 7, 2020.

      The initial pretrial conference scheduled for November 23, 2020 is adjourned to December 18, 2020 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's September 21, 2020 order, Dkt. No. 11, are due no later than December 11, 2020.

      The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 27 and 28.

      SO ORDERED.

Dated: November 4, 2020
New York, New York
                                      GREGORY H. WOODS
                                   United States District Judge