# AKABAS & SPROULE
ATTORNEYS AT LAW
488 MADISON AVENUE
11TH FLOOR
NEW YORK, NY 10022
(212) 308-8505

FACSIMLE (212) 308-8582

WWW.AKABAS-SPROULE.COM

SETH A. AKABAS
MICHAEL H. SPROULE †
DAVID E. BAMBERGER
─────────
SENIOR COUNSEL
THOMAS A. CANOVA
MARTIN TODTMAN
─────────
JESSE E. GREENE

† ADMITTED NY & MA

COUNSEL
RUTH J. WITZTUM
HENRY RAKOWSKI
RICHARD A. MEDINA**
MARTIN L. LERNER***
─────────
LOUIS J. LAMATINA*
S105 FARVIEW AVENUE
PARAMUS, NJ 07652
(201) 291-1122

** ADMITTED NY & NJ
*** ADMITTED NY & CA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/20

December 8, 2020

BY ECF

Hon. Gregory H. Woods
United States District Judge

**MEMORANDUM ENDORSED**

Re:  *Rosemary Mazzola v. Transportation and Logistics Systems, Inc. and Prime EFS, LLC*, Case No. 20-cv-7582-GHW-JLC

Renewed Request to Change Setting of December 10, 2020 Conference

Dear Judge Woods:

Earlier today, the Court denied (#40), without prejudice, my December 7, 2020, letter motion (#38) requesting adjournment of the conference set by the Court (#37) on my motion for leave (#36) to file a motion to dismiss, in whole or in part, the Amended Complaint.

The grounds for the denial were: (a) my failure to comply with Rule 1(E) of the Court's Individual Rules of Practice in Civil Cases, (b) I had already been ordered once in this case, on November 4, 2020, not to make a similar application again without first seeking my adversary's consent, and (c) efficiency.

I now respectfully renew my letter motion requesting an adjournment of the conference set for December 10, 2020, at 3 p.m. to any time that may be available to the Court for same on December 11, 2020, or December 14, 2020.

I have asked Plaintiff's counsel for his position on the within request. He emailed me back stating he does not object to it and that December 11 and 14, 2020, remain viable options for him.

I regret my error. I was, and remain, acutely aware of Rule 1(E) and of the prior oral order but thought, plainly incorrectly, that given the tight setting by the Court (of just three days, six hours) I should let the Court know of my unavailability as rapidly as possible, so the Court

could reassign the chosen time slot if and as soon as needed.  Again, I regret my error.  I thank counsel for Plaintiff for his courtesies.

                                        Respectfully submitted,

                                        */s/ David E. Bamberger*
                                          David E. Bamberger

Cc:    Daniel Scott Furst, Esq.
        Thomas Patrick McEvoy, Esq.
        (by ECF)

Application granted.  The pre-motion conference scheduled for December 10, 2020 is adjourned to December 14, 2020 at 3:00 p.m.
SO ORDERED.

Dated:  December 8, 2020                              GREGORY H. WOODS
                                            United States District Judge